DANIEL G. BOGDEN
United States Attorney
PAMELA MARTIN
Assistant United States Attorney
333 Las Vegas Boulevard South
Suite 5000
Las Vegas, Nevada 89101
(702) 388-6336
Fax (702) 388-6698

**FILED**
JUN 14 2006
CLERK, U.S. DISTRICT COURT
DISTRICT OF NEVADA
BY_____DEP

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA
-oOo-

| | |
|---|---|
| UNITED STATES OF AMERICA ) | SUPERCEDING CRIMINAL INFORMATION |
| PLAINTIFF ) | |
| vs ) | 2:04-CR-146-PMP-RJJ |
| CHRISTIAN WATTS ) | VIOLATIONS: |
| DEFENDANT ) | Title 21, United States Code, Section 844(a) - Possession of Ecstacy |

THE UNITED STATES ATTORNEY CHARGES THAT:

On or about December 27, 2002, in the State and Federal District of Nevada, **CHRISTIAN WATTS,** the defendant herein, did knowingly and intentionally possess a mixture and substance containing a detectable amount of ecstacy, a Schedule I controlled substance, in violation of Title 21, United States Code, section 844(a).

DATED this 31st day of May, 2006.

Respectfully submitted,

DANIEL G. BOGDEN
United States Attorney

*Pamela Martin*
PAMELA MARTIN
Assistant United States Attorney