GREGORY A. BROWER
United States Attorney
PAMELA A. MARTIN
Assistant United States Attorney
333 Las Vegas Blvd., South, Ste. 5000
Las Vegas, Nevada 89101
(702) 388-6300 / Fax: (702) 388-6698

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA, | 2:04-CR-146-PMP-RJJ |
| Plaintiff, | |
| v. | GOVERNMENT'S RESPONSE TO DEFENDANT'S MOTION TO TERMINATE SUPERVISED RELEASE |
| CHRISTIAN WATTS | |
| Defendant. | |

CERTIFICATION: Undersigned counsel hereby certifies that this response is filed in a timely manner pursuant to local rules.

COMES NOW the United States of America, by and through counsel, Gregory A. Brower, United States Attorney for the District of Nevada, and Pamela A. Martin, Assistant United States Attorney, files the following Response to Defendant's Motion to Terminate Supervised Release.

The government contacted the Probation Office in regards to the Defendant's Motion to Terminate Supervised Release. The Probation Office had no objection and stated that the Defendant has fulfilled all the terms of his probation, including financial obligations, drug treatment programs, and drug testing. Based on the information provided by the Probation Office, the government does not object to the Defendant's Motion.

. . .

WHEREFORE, the government leaves the matter in the discretion of court.

Respectfully submitted this, the 30th day of June, 2009

                                                GREGORY A. BROWER
                                              United States Attorney

                                              /s/ Pamela A. Martin

                                              PAMELA A. MARTIN
                                              Assistant United States Attorney

**CERTIFICATE OF ELECTRONIC SERVICE**

I, PAMELA A. MARTIN, do hereby certify that on June 30, 2009, a copy of the attached **GOVERNMENT'S RESPONSE TO DEFENDANT'S MOTION TO TERMINATE SUPERVISED RELEASE** was sent by electronic mail to the person hereinafter named, at the place and address stated below, which is the last known address:

  Addressee: Eduardo P. Chacon, Esq.
        Counsel for defendant WATTS

              /s/ Pamela A. Martin
              _____
              PAMELA A. MARTIN