Christian Watts

1405 Hillside Place

Las Vegas, NV 89104


March 30, 2011


The Honorable Philip M Pro, Judge, United States District Court

333 South Las Vegas Boulevard

Las Vegas, NV 89101


Dear Judge Pro,


My name is Christian Watts, I was the defendant in case# CR-2:04-0146-PMP-RJJ.

I am writing this letter to thank you for your faith in me, and to show you it was not in vain. Because you saw what I could become and trusted me to follow the right path. I have accomplished so much in the past years. However, your faith deserves more and I need your help to accomplish my ultimate goals to serve in the United States military and further my own education.


If you recall, I was convicted of misdemeanor possession of MDMA for personal use as a result of a plea agreement that also involved my cooperation as a confidential informant. I originally agreed to serve a 1 year prison sentence as part of my plea agreement, but at my sentencing hearing, you provided me an opportunity, that the prosecutor (Pam Martin) agreed to, to be placed on house arrest and probation instead. I am thankful to both parties to this day for this opportunity, and believe it provided the path to advance my life. At that hearing I stated that I was going to continue my cooperation with law enforcement, go back to school and get a degree, go to law school, and possibly one day be in a position to apply to clerk for you. I am half way through that list and find myself again asking for another opportunity from the court, to use for the greater good and my own self improvement, as I have with my previous opportunity.

Since the sentencing, I successfully served my house arrest without issue. I was on probation with drug screening. I never failed a drug screen, including the very first court appearance, and probation was terminated early, by you, without objection from the prosecutor. I continued to

work with and for law enforcement during and through all the hearings and continued to do so after the sentencing. I continued to volunteer my assistance at great personal risk even after my probation was terminated.

I attended College of Southern Nevada, where I served a year as student Senator, and a year as Student Body Vice President. I volunteered at the writing center, served on numerous committees, planned and executed charity events, put on an animal adoption fair, participated in Habitat for Humanity, and I earned an Associate Degree in business with honors. I then attended UNLV. While there, I was on the Dean's List, Phi Theta Kappa, Golden Key National Honor Society, Phi Alpha Delta Pre-Law, and earned a Bachelor of arts Degree in Criminal Justice, graduating Cum Laude. I also took part in a special seminar class on crime prevention and served as Chief Strategist on a team, building a plan to be used by LVMPD to intervene on crime problems in a specific area. This was also a competition to be judged by law enforcement officers; my interventions were selected by the police captains as the best and the poster board with my study and proposal is currently hanging in the briefing room in LVMPD Northeast Area Command. I accomplished this in spite of being denied all the police "ride along" opportunities afforded the other teams. I was denied this opportunity because of this conviction.

I want to continue to further my education and have an active application into Boyd school of law for this fall semester. I'm hoping to pursue a career as a prosecutor. Law school is costly and at 37 years old loans of that magnitude can be daunting. I did not want this to deter me from accomplishing my goal. I came to discover if I served my country in the military, not only can I satisfy my sense of duty, contribute to the greater good, but the government will help me with the cost of my education. I want very much to enlist as an officer and serve, possibly in the National Guard. However, no branch of the military will accept me with my current federal drug conviction.

I spoke to the prosecutor for my case; Pam Martin, who after telling me; "in my 20 plus years you are the best example I have seen of change...", also said; "I really want to see you be successful and I will help you however I can...", also suggested that I write a letter to you explaining my situation and asking for your assistance. On her recommendation I am asking for your help. I want to change the final disposition of my misdemeanor to dismissal or another misdemeanor that the military will accept. Pam Martin said she had no objection to the change of the final disposition of my case, but has no ability to impact it herself and hence suggested this letter. If the final disposition is changed to a dismissal or other acceptable misdemeanor, I plan on enlisting and entering the military as an officer and continue my education. I will go to law school and possibly pursue a masters in criminal justice. Depending on the opportunities I earn and create, I will pursue a career as a prosecutor or a career in law enforcement.

This letter is the culmination of several years of work, focus, and determination. I made a conscious decision at my sentencing hearing that I was not going to squander the opportunity you gave me, and would direct all of my energy and focus to that end. I set a long term goal and worked towards it, not just accomplishing each increment but excelling, and now need your assistance to continue to work and accomplish my goals. I have talked to legal resources exhaustively, and everyone has told me this letter is a waste of time and that my situation is

virtually hopeless, but I feel I have to try. Please consider carefully if a way exists to have my case disposition changed to dismissal or another acceptable misdemeanor. I would gratefully appreciate any and all assistance you can offer. If there are steps I need to follow, please advise me, and I will execute them. Thank you very much for your time and consideration on this matter. Regardless of the outcome of my request, I thought you should know how you helped change my life, and am eternally thankful.

Respectfully,

*Christian Watts*

Christian Watts

10/1/1973

CC Pamela Martin

Abigail Green
7627 Gatsby House St
Las Vegas, NV 89166

April 1, 2011

To whom it may concern:

My name is Abigail Green. I work as a nurse in the Valley Health System and I have served in the Nevada Army National Guard for six years. I met Christian Watts six years ago through my husband, Jared. At that time, Christian was living with his grandfather and acting as the primary caregiver for him. As long as I've known him, he has shown that kind of dedication to both family and friends.

About five months ago, Christian told me he was joining the military. I was very excited about this news and for him. The decision to serve in the military is not an easy one and I am always glad when someone is willing to fight for his country.

The NVARNG has provided me with a lot of opportunity both for service to NV and the United States and for extending my own civilian career and education. I have no doubt that the National Guard will be benefitted by a soldier like Christian and that he will have the same great experiences that I have had.

Sincerely,

Abigail R. Green
Specialist
NVARNG Medical Detachment

## Christian Watts

1405 Hillside Place

Las Vegas, NV 89104

Email: Christian_Watts@Yahoo.com

Phone: (702) 210-5100

### References

Honorable Joseph Sciscento

Justice Court Dept. 2

Las Vegas, NV

Phone: (702) 671-3353

Email: Sciscento@AOL.com

Relationship: Judge

Time known: 7 years


Dr. Tamara Madensen Ph.D.

University of Nevada Las Vegas

Las Vegas, NV

Phone: (702) 895-5903

Email: Tamara.Madensen@UNLV.edu

Relationship: Crime reduction strategies, Criminal Justice Department

Time Known: 4 years


Officer Michael Mangione

Las Vegas Metropolitan Police Department

Las Vegas, NV

Phone: (702) 806-9356

Relationship: Police Officer, LVMPD

Time known: 7 years